No. 02M53.  IDELLE C. *v.* OVANDO C.  Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 129, Orig.  VIRGINIA *v.* MARYLAND.  Motion of the Special Master for allowance of fee and disbursements granted, and the Special Master is awarded a total of $95,378.62 for the period May 1 through December 31, 2002, to be paid equally by the parties. [For earlier order herein, see, *e. g., ante,* p. 1102.]

No. 01–593.  DOLE FOOD CO. ET AL. *v.* PATRICKSON ET AL.; and

No. 01–594.  DEAD SEA BROMINE CO., LTD., ET AL. *v.* PATRICKSON ET AL.  C. A. 9th Cir.  [Certiorari granted, 536 U. S. 956.] Motion of petitioners Dole Food Co. et al. for leave to file a supplemental brief after oral argument granted.

No. 01–1184.  UNITED STATES *v.* JIMENEZ RECIO ET AL., *ante,* p. 270.  Motion of respondent Francisco Jimenez Recio for appointment of counsel *nunc pro tunc* granted, and it is ordered that M. Karl Shurtliff, Esq., of Boise, Idaho, be appointed to serve as counsel for respondent Francisco Jimenez Recio in this case. Motion of respondent Adrian Lopez-Meza for appointment of counsel *nunc pro tunc* granted, and it is ordered that Thomas A. Sullivan, Esq., of Caldwell, Idaho, be appointed to serve as counsel for respondent Adrian Lopez-Meza in this case.